# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 50 WM 2015
:
            Respondent :
:
:
:
            v. :
:
:
:
GREGORY MARK DUNBAR, :
:
            Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 18th day of September, 2015, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED**.